## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:08CR222 |
| vs. | ) | ORDER |
| NANCY MARTIN PEREZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Nancy Martin Perez (Perez) for more time to file a motion to suppress (Filing No. 30). Perez has now filed a motion to suppress (Filing No. 31) and an affidavit (Filing No. 33) as required by the court's previous order. **See** Filing No. 29. The amended motion, Filing No. 30, is denied as moot. Perez's motion to suppress will be set for hearing by separate order.

**IT IS SO ORDERED.**

DATED this 15th day of July, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge