# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR222 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NANCY MARTIN PEREZ and | ) | |
| EDDIE GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of Nancy Martin Perez (Perez) for an extension of time to submit a post-hearing brief (Filing No. 52). The motion will be granted and all briefing deadlines will be extended.

**IT IS ORDERED:**

1. Perez's motion to extend the briefing deadline (Filing No. 52) is granted.

2. Perez and co-defendant Garcia are both given **until September 26, 2008**, in which to file their post-hearing briefs regarding their motions to suppress.

3. The government's deadline for a post-hearing brief is extended to **October 9, 2008.**

DATED this 15th day of September, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge